# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4590
_____

MANUEL SANCHEZ,

Appellant,

v.

AMERICAN AIRLINES, and
SEDGWICK CMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: November 8, 2016.

March 15, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A.  Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.